UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
  :
TYRE BROOKS, JOY KIASHA BELL :
and SAMUEL MACK, individually and : Case No.: 1:22-cv-4020
on behalf of all others similarly situated, :
  :
      Plaintiffs, :
  :  **STIPULATION OF VOLUNTARY DISMISSAL**
  -against- :  **PURSUANT TO ARBITRATION AGREEMENT**
  :
GETIR US INC., :
  :
      Defendant. :
-------------------------------------------------X

    IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that all of the claims of plaintiffs Tyre Brooks, Joy Kiasha Bell, and Samuel Mack ("Plaintiffs"), in this action are hereby voluntarily dismissed pursuant to the arbitration agreements entered into by Plaintiffs and Defendant Getir US Inc. Plaintiffs stipulate to the arbitrability of their claims and reserve all of their rights. This Stipulation does not affect the rights of Plaintiffs to assert in an arbitration any of the claims asserted in this action.

Dated: December 2, 2022

_____
Sami Asaad, Esq.
FordHarrison LLP
185 Asylum Street, Suite 820
Hartford, CT 06103
Tel.: 860-740-1357

Attorneys for Defendant

_____
Brendan Sweeney, Esq.
Hajar Hasani, Esq.
The Law Office of Christopher Q. Davis
80 Broad Street, Suite 703
New York, NY  10004
Tel.: 212-817-9650

Attorneys for Plaintiffs

Application Granted
SO ORDERED
Brooklyn, New York
Dated: __12/5/2022__
/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

The Clerk of Court is respectfully directed to close this case.